# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2031
_____

ROBERT CYWES, Former Husband,

Appellant,

v.

IRENE WOLFE, Former Wife,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven M. Fahlgren, Judge.

February 14, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and WOLF and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stephanie A. Sussman of Bledsoe, Jacobson, Schmidt, Wright & Sussman, Jacksonville, for Appellant.

Michael M. Giel of Giel Family Law, P.A., Jacksonville for Appellee.